IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO MUNOZ GARZA, | ) | No. C 08-3590 JSW (PR) |
| Petitioner, | ) ) | |
| | ) | **TRANSFER ORDER** |
| vs. | ) ) | |
| WARDEN OF RICHARD J. DONOVAN CORRECTIONAL FACILITY, | ) ) ) | (Docket No. 4) |
| Respondent. | ) ) | |

    Petitioner, a prisoner incarcerated at Richard Donovan Correctional Facility in San Diego, California, has filed a petition for a writ of habeas corpus seeking review of his criminal conviction from Fresno County, which lies within the venue of the Eastern District of California. *See* 28 USC § 84(c). Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

    Therefore, the Court ORDERS, pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, that the Clerk of the Court TRANSFER this matter to the United States District Court for the Eastern District of California. In light of the transfer, this Court will not resolve Petitioner's pending motion (docket no. 2).

    IT IS SO ORDERED.

DATED: AUG 2 5 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO MUNOZ GARZA, | Case Number: CV08-03590 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WARDEN, et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramiro Garza
F04325
Richard Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

Dated: August 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk