IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARZA,<br><br>     Petitioner,<br><br>     vs.<br><br>RICHARD J. DONAVAN,<br><br>     Respondent.<br>_____/ | 1:08-cv-01293-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION TO PROCEED IN FORMA PAUPERIS  (Doc. 4)<br><br>ORDER DENYING PETITIONER'S FIRST MOTION TO PROCEED IN FORMA PAUPERIS (Doc. 2) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed two motions to proceed in forma pauperis.  The first motion was filed on July 28, 2008 (Doc. 2), and the second motion was filed on August 11, 2008 (Doc. 4).  Examination of Petitioner's second motion reveals that he is unable to afford the costs of this action.

Accordingly, Petitioner's second motion to proceed in forma pauperis (Doc. 4) is GRANTED, and his first motion to proceed in forma pauperis (Doc. 2) is DENIED AS MOOT.  See 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated:   **September 19, 2008**                                    /s/ Theresa A. Goldner
                                                                              UNITED STATES MAGISTRATE JUDGE